# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2024

*The Court of Appeals hereby passes the following order:*

A24A1213. SIMPLY THE BEST GRADING, LLC v. WHITE ANCHOR EQUESTRIAN, LLC.

Simply the Best Grading, LLC filed an action in magistrate court against White Anchor Equestrian to collect for work performed, and White Anchor counterclaimed for $35,000 to repair Simply's work. The magistrate court entered judgment in favor of Simply, and did not consider White Anchor's counterclaim.[1] White Anchor appealed to the superior court. Following a bench trial, the superior court awarded $3,500 to Simply, but also awarded $27,560 to White Anchor on its counterclaim, and Simply filed this appeal. We lack jurisdiction.

Because the superior court's order disposes of a de novo appeal from a magistrate court decision, Simply was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); cf. *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991) (appeal from magistrate court to state court). This is true even in cases, such as this one, in which the appeal was expanded in superior court to include matters not considered initially in the magistrate court. *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see *Handler*, 199 Ga. App. at 752-753 (where issues raised in counterclaim were directly related to the issues raised in magistrate court, they were properly considered part of the de novo proceeding, such that application was required).

---

[1] See OCGA § 15-10-2 (a) (5) (providing that magistrate court has jurisdiction over civil claims that do not exceed $15,000).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Simply's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bullock*, 260 Ga. App. at 875; *Handler*, 199 Ga. App. at 752-753.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,__04/12/2024_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*